**Fill in this information to identify the case:**

Debtor name   ACP-Offenbachers, LLC t/a Offenbachers

United States Bankruptcy Court for the: _____   District of   Maryland
(State)

Case number (If known):   16-24106 (DER)

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tropitone Furniture Co. P.O. Box 92717 Chicago, IL 60693 | | | | | | $347,903.94 |
| 2 | Minson Corporation 1 Minson Way Montebello, CA 90640 | | | | | | $122,912.32 |
| 3 | Hanamint 8010 Thorndike Road Greensboro, NC 27409 | | | | | | $109,938.49 |
| 4 | Fairfax Court Limited Partnership 4390 Paysphere Circle Chicago, IL 60674 | | | | | | $100,055.55 |
| 5 | Treasure Garden 13401 Brooks Drive Baldwin Park, CA 91706 | | | | | | $98,607.64 |
| 6 | Summit Construction, Inc. 5431 Yukon Court, Suite A Frederick, MD 21703 | | | | | | $89,682.18 |
| 7 | Washinton Real Estate Investment Trust P.O. Box 79555 Baltimore, MD 21279 | | | | | | $87,689.62 |
| 8 | Bac Sales 1871 Route 9H Hudson, NY 12534 | | | | | | $84,443.13 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor   ACP-Offenbachers, LLC t/a Offenbachers    Case number (*if known*) 16-_____
         *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Aerospace Investors, LLC<br>7200 Wisconsin Ave., Suite 700<br>Bethesda, MD 20814 | | | | | | $77,826.04 |
| 10 | Jensen Leisure Furniture<br>6601 S. Laburnam Ave.<br>Suite B<br>Henrico, VA 23231 | | | | | | $77,594.78 |
| 11 | Gensun Casual Living<br>9449 8th Street<br>Rancho Cucamong, CA 91730 | | | | | | $76,300.62 |
| 12 | Legacy Billiards<br>521 5th Ave., 11th Floor<br>New York, NY 10175 | | | | | | $75,108.04 |
| 13 | Beka Casting Limited<br>259 Bradwick Drive<br>Concord, L4K1KS | | | | | | $69,769.26 |
| 14 | Rantana International<br>8310 Manitoba Street<br>Vancouver, BC V5X3A6 | | | | | | $66,518.33 |
| 15 | Winkal Management LLC<br>10 Rye Ridge Plaza, Suite 200<br>Rye Brook, NY 10573 | | | | | | $61,122.76 |
| 16 | Potomac Run LLC<br>P.O. Box 6203<br>Hicksville, NY 11802 | | | | | | $59,631.02 |
| 17 | Woodard<br>P.O. Box 73014<br>Grand Prairie, TX 75050 | | | | | | $53,829.12 |
| 18 | Master Heat Distributor<br>7915 B Philadelphia Road<br>Baltimore, MD 21237 | | | | | | $44,527.36 |
| 19 | Dobbin Center Investor<br>1945 Old Gallows Road<br>Suite 300<br>Vienna, VA 22182 | | | | | | $40,542.00 |
| 20 | Pinnacle Express<br>P.O. Box 859706<br>Port St. Lucie, FL 34985 | | | | | | $39,943.03 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2