IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **ACP-OFFENBACHERS, LLC,** t/a OFFENBACHERS, | * | Case No. 16-24106 (DER) |
| | * | |
| Debtor. | * | |

* * * * * * * * * * * * *

### NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS

**Hearing Date and Time**: Wednesday, October 26, 2016 at 11:00 a.m.
**Hearing Location:** Courtroom 9-D
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

The above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 25, 2016. The Debtor also has filed the following "first day" motions (collectively, the "First Day Motions") seeking emergency relief from the Court:

(1) Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) for: (A) an Order Authorizing the Debtor to (I) Pay Wages, Salaries, and Other Compensation, (II) Maintain Benefits, and (III) Pay Reimbursable Employee Expenses and (B) an Order Authorizing and Directing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtor Relating to the Foregoing [Dkt. 8];

(2) Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order Authorizing the Debtor (A) to Continue Existing Cash Management System, and (B) to Maintain Existing Bank Accounts and Business Forms [Dkt. 9];

(3) Debtor's Emergency Motion for Authority to Use Cash Collateral and Grant Adequate Protection Therefore [Dkt. No. 10];

(4) Debtor's Emergency Motion for an Order Authorizing the Debtor: (A) To Conduct Store Closing Sales with its Agent; (B) To Sell Inventory Free and Clear of all Liens; (C) To Retain SB Capital Group, LLC as Agent; and (D) to Honor Prepetition Customer Deposits; and Granting Other Related Relief ("GOB Motion") [Dkt. No. 11]; and

(5) Motion of Debtor for Entry of an Order Determining Adequate Assurance of Payment for Future Utility Services [Dkt. No. 12].

NOTICE IS HEREBY GIVEN that a hearing on the First Day Motions before the Honorable David E. Rice has been scheduled for October 26, 2016 at 11:00 a.m. Courtroom 9-D, Garmatz Federal Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. Interested parties seeking further information may contact the undersigned counsel for the Debtor.

Date: October 25, 2016

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com
       rmg@shapirosher.com

*Proposed Counsel to the Debtor and Debtor in Possession*

2