**Fill in this information to identify the case:**

Debtor name ___ACP-Offenbachers, LLC t/a Offenbachers___

United States Bankruptcy Court for the:_____ District of __Maryland__
(State)

Case number (If known): ___16-24106 (DER)___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 1,600.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*[1]

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | M&T Bank | Business Checking | 5  7  4  4 | $ 83,429.69 |
| 3.2. | M&T Bank | Payroll Checking | 5  7  5  1 | $ 5,965.41 |
| 3.3 | Sun Trust Bank | Checking | 5  8  4  3 | 7,323.90 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 96,719.00

[1]As of the close of business on October 24, 2016

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.  ___See Schedule Part 2, No. 7, attached hereto___    $ 134,513.91
7.2. _____  $_____

Debtor    ACP-Offenbachers, LLC t/a Offenbachers
      Name

Case number (if known)    16-24106 (DER)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Traveler's Insurance [Oct.-Dec. Prepaid]     $ 2,366.53

8.2. Amcest Corp.-Alarm Monitoring [Oct.-June Prepaid]     $ 315.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $ **137,195.44**

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➜    $_____
            face amount       doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➜    $_____
            face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ N/A

---

### Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:         % of ownership:

15.1._____ _____%    _____    $_____

15.2._____ _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ N/A

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) | 16-24106 (DER) |
|---|---|---|---|
| | Name | | |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Inventory | _____ MM / DD / YYYY | $ 3,116,170.87 | At Cost | $ 3,116,170.87 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 3,116,170.87

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value  $142,202.97   Valuation method____ At Cost ____   Current value  $142,202.97 [1]

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**     [1] purchases and special orders

☐ No

☒ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) | 16-24106 (DER) |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ ___N/A___

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> Office furniture | $ 47,492.40 | Book Value net of depreciation as of 9-30-2016 | $ unknown |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment/software | $ 36,175.62 | Book Value net of depreciation as of 9-30-2016 | $ unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  ACP-Offenbachers, LLC t/a Offenbachers
Name

Case number (if known)  16-24106 (DER)

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | Book Value net of depreciation as of 9-30-2016 | |
| 47.1 Vehicles | $ 132,402.48 | | $ 132,402.48 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 N/A | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 N/A | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| N/A | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 132,402.48

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number *(if known)* 16-24106 (DER) |
|---|---|---|
| | Name | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  See Attachment | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>N/A | $ | | $ |
| 61. **Internet domain names and websites**<br>Website | $ 57,351,53 | Book Value net of<br>depreciation as of<br>9-30-2016 | $ unknown |
| 62. **Licenses, franchises, and royalties**<br>Software | $ 26,124.85 | Book Value net of<br>depreciation as of<br>9-30-2016 | $ unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ 2,750.03 | Book Value | $ unknown |
| 64. **Other intangibles, or intellectual property**<br>Non-Compete Covenant | $ 19,250.03 | Book Value | $ unknown |
| 65. **Goodwill**<br>Offenbachers | $ 216,021.75 | Book Value | $ unknown |
| 65.1 Goodwill - Woodburners | 207,000.06 | | unknown |
| 66. **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $ 0.00 |

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number *(if known)* | 16-24106 (DER) |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____  _____  −  _____  = ➔  $_____
Total face amount        doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

**73. Interests in insurance policies or annuities**

_____  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim    _____
Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim    _____
Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____  $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ __N/A__

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  ACP-Offenbachers, LLC t/a Offenbachers
        Name

Case number (*if known*)  16-24106 (DER)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 96,719.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 137,195.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ N/A | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ N/A | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,116,170.87 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ N/A | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 132,402.48 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 3,482,487.79 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $3,482,487.79

## Part 2, No. 7 - Deposits

**Deposits 0-130**

<u>Washington gas utility deposits</u>

| | | |
|---|---:|---|
| Fairfax | 2,776.67 | |
| Sterling | 1,200.00 | |
| Warehouse | 5,998.75 | |
| refund Sept 2016 | (9,536.21) | |

<u>Lease Security Deposits</u>

| | | |
|---|---:|---|
| Dobbin Center | 13,323.75 | security deposit |
| Falls Church | 52,583.32 | |
| Springfield | 21,512.66 | |
| W.R.I.T. | 30,775.50 | |

<u>Other Utility Security Deposits</u>

| | | |
|---|---:|---|
| BGE | 891.00 | WH |
| BGE | 902.80 | WH |
| BGE | 891.00 | WH |
| Columbia Gas | 1,323.00 | |
| Dominion | 3,212.00 | |
| Dominion | 4,772.00 | FX |
| Dominion | 1,486.00 | SP |
| Dominion | 2,070.00 | FC |
| Dominion | 41.67 | FC partially refunded in May 2016 |
| Pepco | 290.00 | RV |

| | |
|---|---:|
| Total | 134,513.91 |
| G/L Balance | 134,513.91 |
| Variance | - |

Part 9, No. 55 - Real Property

| Location of Property | Nature and Extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 6475 Dobbin Road, Columbia, MD 21045 | Leased | N/A | N/A | Leased |
| 10265 York Road Hunt Valley, MD 21030 | Leased | N/A | N/A | Leased |
| 5500 Randolph Road Rockville, MD 20852 | Leased | N/A | N/A | Leased |
| 11264 James Swart Circle Fairfax, VA 22030 | Leased | N/A | N/A | Leased |
| 4175 Plank Road Fredericksburg, VA 22407 | Leased | N/A | N/A | Leased |
| 6123-A Backlick Rd. Springfield, VA 22150 | Leased | N/A | N/A | Leased |
| 46301 Potomac Run Unit 150 Sterling, VA 20164 | Leased | N/A | N/A | Leased |
| 6600 Arlington Blvd. Falls Church, VA 22042 | Leased | N/A | N/A | Leased |
| 10,001 Aerospace Road Lanham, MD | Leased | N/A | N/A | Leased |

**Fill in this information to identify the case:**

Debtor name ___ACP-Offenbachers, LLC t/a Offenbachers___

United States Bankruptcy Court for the: _____ District of ___Maryland___
(State)

Case number (If known): ___16-24106___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| M&T Bank | All Assets of Debtor | $ 1,500,000.00 | $ 3,350,085.31 |

Creditor's mailing address

25 S. Charles Street, 12th Floor
Baltimore, Maryland  21201

**Describe the lien**
First Priority Security Interest

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred   9-30-2014

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
     1:M&T Bank; 2:Nantucket Enterprises Inc.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| Nantucket Enterprises, Inc. | All Assets of Debtor | $ 1,888,584.00 | $ 3,350,085.31 |

Creditor's mailing address

10814 Nantucket Terrace
Potomac, MD  20854

**Describe the lien**
Second Priority Security Interest

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No [1]        [1]Principal of Nantucket is Karl Offenbacher
☐ Yes

Date debt was incurred   10-21-2014

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     ☒ Yes. The relative priority of creditors is specified on lines  2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,489,423.00

| Debtor | ACP-Offenbackers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|--------|----------------------------------------|----------------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|-------------|---------------------|----------|----------|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

Ford Credit

**Creditor's mailing address**

P.O. Box 220564

Pittsburgh, Pennsylvania  15257

**Creditor's email address, if known**

_____

Date debt was incurred ___12-14-2015___

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

　　[ ] No. Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____
　　　_____

　　[ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vehicles    $ 100,842.00    $ 132,402.45

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

[X] No

[ ] Yes

**Is anyone else liable on this claim?**

[X] No

[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent

[ ] Unliquidated

[ ] Disputed

---

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

[ ] No

[ ] Yes. Have you already specified the relative priority?

　　[ ] No. Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____
　　　_____

　　[ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

[ ] No

[ ] Yes

**Is anyone else liable on this claim?**

[ ] No

[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent

[ ] Unliquidated

[ ] Disputed

---

**Fill in this information to identify the case:**

Debtor: ACP-Offenbachers, LLC t/a Offenbachers

United States Bankruptcy Court for the: Maryland

Case number: 16-24106
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |  |  |  |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |  |  |  |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |  |  |  |

Debtor    ACP-Offenbachers, LLC t/a Offenbachers    Case number *(if known)* 16-24106
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

A&J Movers LLC

13960 Lullaby Road

Germantown, Maryland 20874

As of the petition filing date, the claim is:    $ 3,565.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Advanced Interface Systems

P.O. Box 11286

St. Petersburg, Florida 33733

As of the petition filing date, the claim is:    $ 935.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Aerospace Investors LLC

7200 Wisconsin Avenue, Suite 700

Bethesda, Maryland 20814

As of the petition filing date, the claim is:    $ 77,826.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landlord

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Alvin Wheaton

7113 Wilber Dale Drive

Annandale, Virginia 22003

As of the petition filing date, the claim is:    $ 63.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

American Express

605 North Michigan Avenue, Suite 105

Chicago, Illinois 60679

As of the petition filing date, the claim is:    $ 15,093.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Amisco Industries Ltd.

33 5th Street

L'Islet (Quebec), Canada G0R 2C0

As of the petition filing date, the claim is:    $ 844.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number *(if known)* 16-24106 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address**

Antson Capital Partners

509 South Exeter Street, Suite 320

Baltimore, Maryland 21202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** fees

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,500.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

Anthony Rodgers/Kera Ritter

11 S. Eutaw St., Apt. 1618

Baltimore, Maryland 21201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** sub debt

**Date or dates debt was incurred** 1-25-2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,000.00

---

**3.9** | **Nonpriority creditor's name and mailing address**

Antson Manager

509 South Exeter Street, Suite 320

Baltimore, Maryland 21202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** fees

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,750.00

---

**3.10** | **Nonpriority creditor's name and mailing address**

AT&T Mobility

P.O. Box 6463

Carol Stream, Illinois 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 532.48

---

**3.11** | **Nonpriority creditor's name and mailing address**

BAC Sales

1871 Route 9H

Hudson, New York 12534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84,443.13

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Beka Casting Limited

259 Bradwick Drive

Concord, Ontario, Canada L4K 1KS

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 69,769.26

---

**3.13** Nonpriority creditor's name and mailing address

Berman/McAleer Holdings, LLC

9690 Deerco Rd, Suite 800

Timonium, Maryland 21093

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: sub debt

Date or dates debt was incurred 12-10-2015

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 40,000.00

---

**3.14** Nonpriority creditor's name and mailing address

BGE

P.O. Box 13070

Philadelphia, Pennsylvania 19101

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: utilities

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,121.20

---

**3.15** Nonpriority creditor's name and mailing address

Blaze LLC

6839 Riverdale Road

Riverdale, Maryland 20738

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,108.00

---

**3.16** Nonpriority creditor's name and mailing address

Boyd A. Lipham

350 West Tom Costline Road

Lakeland, Florida 33809

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: expenses

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 200.00

---

Debtor   ACP-Offenbachers, LLC t/a Offenbachers          Case number (if known) 16-24106
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

C.H. Robinson

P.O. Box 9121

Minneapolis, Minnesota 55480

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 181.54

---

**3.18** Nonpriority creditor's name and mailing address

Capitol Office Solutions

P.O. Box 759499

Baltimore, Maryland 21275

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,306.29

---

**3.19** Nonpriority creditor's name and mailing address

Casestack, Inc.

3000 Ocean Park Blvd., Suite 1000

Santa Monica, California 90405

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,346.36

---

**3.20** Nonpriority creditor's name and mailing address

Casual Classics

12210 Tributary Lane

Rancho Cordova, California 95670

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,352.37

---

**3.21** Nonpriority creditor's name and mailing address

Casual Cushion Corp.

1686 Overview Drive

Rock Hill, South Carolina 29730

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,350.46

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Casual Living

172 Orlan Road
New Holland, Pennsylvania 17557

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,075.40

---

**3.23** Nonpriority creditor's name and mailing address

Charles Angelos

508 Surrey Road
Timonium, Maryland 21093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: sub debt

Date or dates debt was incurred 1-21-2016
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 500,000.00

---

**3.24** Nonpriority creditor's name and mailing address

Charmaine Dessaso

3510 Largo Road
Upper Marlboro, Maryland 20772

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 33.39

---

**3.25** Nonpriority creditor's name and mailing address

Cintas

P.O. Box 630803
Cincinnati, Ohio 45263

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 294.36

---

**3.26** Nonpriority creditor's name and mailing address

Citi Group/Commercial

P.O. Box 1036
Charlotte, North Carolina 28201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,197.00

---

| Debtor | ACP-Offenbachers, LLC fa Offenbachers | Case number *(if known)* 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>**Amount of claim**</td></tr>
</table>

**3.27** Nonpriority creditor's name and mailing address

Classic Cushions

410 Third Lane S.W.
Vero Beach, Florida 32962

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,263.68

---

**3.28** Nonpriority creditor's name and mailing address

CPI Fredericksburg LLC

235 Moore Street, Suite 102
Hackensack, New Jersey 76017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landlord

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,134.28

---

**3.29** Nonpriority creditor's name and mailing address

Cue and Case – Dept. 771838

P.O. Box 77000
Detroit, Michigan 48277

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,841.28

---

**3.30** Nonpriority creditor's name and mailing address

CUI Distribution

P.O. Box 934231
Atlanta, Georgia 31193

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,490.77

---

**3.31** Nonpriority creditor's name and mailing address

Dagan Industries

15540 Roxford Street
Sylmar, California 91342

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,403.90

---

| Debtor | ACP-Offenbachers, LLC ra Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

David Burroughs

11017 California Avenue N.W.

Lavale, Maryland 21502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: employee

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 6,500.00

---

**3.33** Nonpriority creditor's name and mailing address

David Kimberly Door Co.

394 South Street

Rochester, Michigan 48307

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,214.86

---

**3.34** Nonpriority creditor's name and mailing address

De Lage Landen Financial Services

P.O. Box 41602

Philadelphia, Pennsylvania 19101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 665.15

---

**3.35** Nonpriority creditor's name and mailing address

Décor & You

9296 Mainsail Drive

Burke, Virginia 22015

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Design Specialties LLC

11100 West Heather Avenue

Milwaukee, Wisconsin 53224

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 460.00

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Dimplex North American Ltd.

P.O. Box 200930

Pittsburgh, Pennsylvania 15251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

$ 380.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Dobbin Center Investors

1945 Old Gallows Road, Suite 300

Vienna, Virginia 23290

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: landlord

$ 40,542.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Dominion VA Power

P.O. Box 26543

Richmond, Virginia 23290

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utilities

$ 4,558.02

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

East Coast Innovators

P.O. Box 890011

Charlotte, North Carolina 28289

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

$ 200.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Easy Fire Supply

7737 Airpark Road

Gaithersburg, Maryland 20879

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

$ 859.90

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number *(if known)* 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Edward W. McDonald

351 Old Spring Road

Stratford, Connecticut 06614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 85.00

---

**3.43** Nonpriority creditor's name and mailing address

Erwin & Sons

261 Heritage Walk

Woodstock, Georgia 30188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,443.10

---

**3.44** Nonpriority creditor's name and mailing address

Everest Window Cleaning

21621 Mt. Lena Road

Boonsboro, Maryland 21713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: window cleaning services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 120.00

---

**3.45** Nonpriority creditor's name and mailing address

Fairfax Court Limited Partnership

4390 Payshere Circle

Chicago, Illinois 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: landlord

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100,055.55

---

**3.46** Nonpriority creditor's name and mailing address

Fairfax Water

P.O. Box 71076

Charlotte, North Carolina 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utilities

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 247.36

---

Debtor ___ACP-Offenbachers, LLC t/a Offenbachers_____  Case number (if known) _16-24106_
         Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Ferguson Enterprises

P.O. Box 417592

Boston, Massachusetts 02117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: __vendor__

$ 995.63

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Fire Safety Systems

P.O. Box 944

Fredericksburg, Virginia 22404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

$ 192.13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Fireside Distributors

P.O. Box 41226

Raleigh, North Carolina 27629

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

$ 11.93

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Ford Credit

P.O. Box 220564

Pittsburgh, Pennsylvania 15257

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

$ 2,816.27

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Gary Black

10171 Oakton Terrace Road

Oakton, Virginia 22124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

$ 90.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  ACP-Offenbachers, LLC va Offenbachers   Case number _(if known)_ 16-24106
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.52** Nonpriority creditor's name and mailing address

Gensun Casual Living

9449 8th Street
Rancho Cucamong, California 91730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 76,300.62

**3.53** Nonpriority creditor's name and mailing address

GHS Distribution

321 Corporate Parkway
Macon, Georgia 31210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,580.26

**3.54** Nonpriority creditor's name and mailing address

Great Jones Capital Management LLC

2101 Connecticut Ave, N.W., Unit 24
Washington, D.C., 20008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  sub debt

Date or dates debt was incurred  1-19-2016

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,000.00

**3.55** Nonpriority creditor's name and mailing address

Groove Commerce LLC

415 South Central Avenue
Baltimore, Maryland 21202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 34,650.00

**3.56** Nonpriority creditor's name and mailing address

Hanamint

8019 Thorndike Road
Greensboro, North Carolina 27409

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 109,938.49

| Debtor | ACP-Offenbachers, LLC f/a Offenbachers | Case number *(if known)* 16-24106 |
|--------|------|------|
|  | Name |  |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Hank Seiff

6812 Haycock Road
Falls Church, Virginia 22043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

$ 139.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Haverty Furniture Co.

780 Johnson Ferry Road, Suite 800
Atlanta, Georgia 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

$ 15,922.02

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Housewarmings Outdoor

454 Fairman Road
Lexington, Kentucky 40511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

$ 256.75

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Hussong Manufacturing

204 Industrial Park, P.O. Box 577
Lakefield, Minnesota 56150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

$ 2,184.29

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Ian Simon

37 Merrymeeting Drive
Merrimack, New Hampshire 03054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: employee

$ 5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  ACP-Offenbachers, LLC t/a Offenbachers
_____
Name

Case number (if known) 16-24106

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.62** Nonpriority creditor's name and mailing address

Imperial International

303 Paterson Plank Road
Carlstadt, New Jersey 07072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,657.84

---

**3.63** Nonpriority creditor's name and mailing address

Innovative Trends

P.O. Box 3964
Fredericksburg, Virginia 22402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,985.40

---

**3.64** Nonpriority creditor's name and mailing address

Integrated Waste

P.O. Box 1563
Ellicott City, Maryland 21041

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,168.88

---

**3.65** Nonpriority creditor's name and mailing address

Iwan Simonis, Inc.

1931 Industrial Drive
Libertyville, Illinois 60048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 324.58

---

**3.66** Nonpriority creditor's name and mailing address

James Khoury

45505 Cambers Trail Terrace
Sterling, Virginia 20164

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,696.19

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67** Nonpriority creditor's name and mailing address

Jason P. Pappas

2604 Moorings Court
Baltimore, Maryland 21224

Date or dates debt was incurred    1-19-2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  sub debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 30,000.00

---

**3.68** Nonpriority creditor's name and mailing address

Jensen Leisure Furniture

6601 S. Laburnam Avenue, Suite B
Henrico, Virginia 23231

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 77,594.78

---

**3.69** Nonpriority creditor's name and mailing address

Johnson Chimney Service

10319 Westlake Drive, Suite 391
Bethesda, Maryland 20817

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 350.00

---

**3.70** Nonpriority creditor's name and mailing address

Johnson Gas Appliance

520 East Avenue
Cedar Rapids, Iowa 52405

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,654.14

---

**3.71** Nonpriority creditor's name and mailing address

Joseph Boone

unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 251.49

---

Debtor   ACP-Offenbachers, LLC t/a Offenbachers          Case number *(if known)* 16-24106
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.72** | Nonpriority creditor's name and mailing address

K.W. Smith & Son

9106 Industry Drive
Manassas, Virginia 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,809.50

---

**3.73** | Nonpriority creditor's name and mailing address

Kettler International

1355 London Bridge Road
Virginia Beach, Virginia 23453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,084.05

---

**3.74** | Nonpriority creditor's name and mailing address

LB International

1407 Fleet Street
Baltimore, Maryland 21231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.75** | Nonpriority creditor's name and mailing address

Legacy Billiards

521 5th Ave., 11th Floor
New York, New York 10175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75,108.04

---

**3.76** | Nonpriority creditor's name and mailing address

Lipham Group, LLC

350 W. Tom Costine Road
Lakeland, Florida 33809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** sub debt

Date or dates debt was incurred   12-10-2015

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,000.00

---

Debtor  ACP-Offenbachers, LLC t/a Offenbachers
Name

Case number (if known) 16-24106

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.77** Nonpriority creditor's name and mailing address

LJC Lighting Supply Co.

P.O. Box 86343
Gaithersburg, Maryland 20885

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 447.15

---

**3.78** Nonpriority creditor's name and mailing address

Lloyds Flanders c/o BB&T Comm. Finance

P.O. Box 890011
Charlotte, North Carolina 28289

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,647.24

---

**3.79** Nonpriority creditor's name and mailing address

Marilyn Quagliotti

unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,000.00

---

**3.80** Nonpriority creditor's name and mailing address

Master Heat Distributor

7915 B. Philadelphia Road
Baltimore, Maryland 21237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 44,527.36

---

**3.81** Nonpriority creditor's name and mailing address

Michael Seasay

unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 110.00

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
| --- | --- | --- |
| | Name | |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.82** Nonpriority creditor's name and mailing address

Minson Corporation

1 Minson Way

Montebello, California 90640

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  vendor

$ 122,912.32

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Muzak LLC

P.O. Box 71070

Charlotte, North Carolina 28272

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  vendor

$ 97.72

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Nancy Krummenoehl

13497 Golden Corn Drive

Highland, Maryland 20775

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

$ 56.18

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

National Chimney Supply

3 Green Tree Drive

South Burlington, Vermont 05403

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  vendor

$ 589.72

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Nauticon Imaging System

15878 Gaither Drive

Gaithersburg, Maryland 20877

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  vendor

$ 165.20

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor   ACP-Offenbachers, LLC t/a Offenbachers   Case number *(if known)* 16-24106
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.87** Nonpriority creditor's name and mailing address

Nexterus

P.O. Box 643508

Pittsburgh, Pennsylvania 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,206.23

---

**3.88** Nonpriority creditor's name and mailing address

Old Dominion Cleaning

7309 Highland Street

Springfield, Virginia 22156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 40.00

---

**3.89** Nonpriority creditor's name and mailing address

Outdoor By Design

2160 Whitefield Avenue

Sarasota, Florida 34243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,655.00

---

**3.90** Nonpriority creditor's name and mailing address

Patricia D. Jefferson

5029 Sewells Pointe Way

Fredericksburg, Virginia 22407

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 750.00

---

**3.91** Nonpriority creditor's name and mailing address

Paul A. Steinhardt

7953 Starburst Drive

Baltimore, Maryland 21208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   sub debt

Date or dates debt was incurred   1-25-2016

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 65,000.00

---

Debtor  ACP-Offenbachers, LLC t/a Offenbachers
Name

Case number (if known) 16-24106

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Pearson Vue

unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 300.00

---

**3.93** Nonpriority creditor's name and mailing address

Pepco

P.O. Box 97275
Washington, D.C. , 20090

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utilities

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,607.70

---

**3.94** Nonpriority creditor's name and mailing address

Percy Jackson

8639 Ritchboro Road
Forestville, Maryland 20747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,700.00

---

**3.95** Nonpriority creditor's name and mailing address

Pinnacle Express – Coyote Grills

P.O. Box 859706
Port St. Lucie, Florida 34985

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 39,943.03

---

**3.96** Nonpriority creditor's name and mailing address

Portland Willamette

P.O. Box 19987
Louisville, Kentucky 40259

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,109.98

---

Debtor ACP-Offenbachers, LLC t/a Offenbachers     Case number (if known) 16-24106
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.97** | Nonpriority creditor's name and mailing address

Potomac Run LLC

P.O. Box 6203

Hicksville, New York 11802

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: landlord

Is the claim subject to offset?
☒ No
☐ Yes

$ 59,631.02

---

**3.98** | Nonpriority creditor's name and mailing address

Premier Mantels & Mill

4270 Bryson Boulevard

Florence, Alabama 35631

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 396.16

---

**3.99** | Nonpriority creditor's name and mailing address

Pride Family Brands

P.O. Box 100936

Charlotte, North Carolina 28289

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 470.90

---

**3.100** | Nonpriority creditor's name and mailing address

Randstad

P.O. Box 7247

Philadelphia, Pennsylvania 19170

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 293.58

---

**3.101** | Nonpriority creditor's name and mailing address

Ratana International

8310 Manitoba Street

Vancouver, British Columbia, Canada V5X 3A6

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 66,518.33

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number _(if known)_ 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

Ray Murray Inc. – Dept. 1120

50 Limestone Road

Lee, Massachusetts 01238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,485.82

---

**3.103** Nonpriority creditor's name and mailing address

Ready Refresh by Nestle

P.O. Box 856192

Louisville, Kentucky 40285

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,063.82

---

**3.104** Nonpriority creditor's name and mailing address

Rental Services

5318 Eisenhower Avenue

Alexandria, Virginia 22304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 354.87

---

**3.105** Nonpriority creditor's name and mailing address

Road Warriors

50 South 7th Street

Perkasie, Pennsylvania 18944

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,881.58

---

**3.106** Nonpriority creditor's name and mailing address

Rosenberg Martin Greenberg, LLP

25 S. Charles Street, 21st Floor

Baltimore, Maryland 21201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: legal fees

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.50

Debtor ___ACP-Offenbachers, LLC t/a Offenbachers_____  Case number _(if known)_ 16-24106
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

Scotts Corner LP II, PLLP

2328 West Joppa Road, Suite 200

Lutherville, Maryland 21093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  landlord

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 30,984.86

---

**3.108** Nonpriority creditor's name and mailing address

Sean Harrington

1721 Ball Road

Port Republic, Maryland 20676

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  employee

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 600.00

---

**3.109** Nonpriority creditor's name and mailing address

Sean Pink

3629 Elkader Road

Baltimore, Maryland 21218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: sub debt

Date or dates debt was incurred    1-19-2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 25,000.00

---

**3.110** Nonpriority creditor's name and mailing address

Shelly's Manufacturing

15422 Kippford Court

Miami Lakes, Florida 33014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,984.05

---

**3.111** Nonpriority creditor's name and mailing address

Shoppertrak

6564 Solution Center

Chicago, Illinois 60677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000.00

| Debtor | ACP-Offenbachers, LLC Ta Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** Nonpriority creditor's name and mailing address

Skytech Systems Inc.

9230 Conversation Way
Fort Wayne, Indiana 46809

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 58.57

---

**3.113** Nonpriority creditor's name and mailing address

Solutions

P.O. Box 86
Queenstown, Maryland 21658

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 61.48

---

**3.114** Nonpriority creditor's name and mailing address

Stoll Fireplace Equipment

153 Highway 201
Abbeville, South Carolina 29620

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,869.15

---

**3.115** Nonpriority creditor's name and mailing address

Summit Construction, Inc.

5431 Yukon Court, Suite A
Frederick, Maryland 21703

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 89,682.18

---

**3.116** Nonpriority creditor's name and mailing address

The Neher Group, Inc.

1239 Revere Drive
Chalfont, Pennsylvania 18914

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,043.86

---

Debtor    ACP-Offenbachers, LLC t/a Offenbachers    Case number *(if known)* 16-24106
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** Nonpriority creditor's name and mailing address

Traeger Pellet Grills

P.O. Box 123368
Dallas, Texas 75312

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,051.36

---

**3.118** Nonpriority creditor's name and mailing address

Travis Industries

12521 Harbour Reach Drive
Mukilteo, Washington 21061

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,868.60

---

**3.119** Nonpriority creditor's name and mailing address

Tray Inc.

P.O. Box 1360
Ferndale, Maryland 21061

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,501.21

---

**3.120** Nonpriority creditor's name and mailing address

Treasure Garden

13401 Brooks Drive
Baldwin Park, California 91706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 98,607.64

---

**3.121** Nonpriority creditor's name and mailing address

Tri-State Distributors

P.O. Box 200930
Rayston, Georgia 30662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,796.38

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** Nonpriority creditor's name and mailing address

Tropitone Furniture Co.

P.O. Box 92717
Chicago, Illinois 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 347,903.94

---

**3.123** Nonpriority creditor's name and mailing address

Tyler Net Inc.

4625 East Bay Drive, Suite 201
Clearwater, Florida 33764

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,186.54

---

**3.124** Nonpriority creditor's name and mailing address

Unifirst Corp.

10693 Wakeman Court
Manassas, Virginia 20108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,264.75

---

**3.125** Nonpriority creditor's name and mailing address

W.H. Martin

10001 Fernwood Road
Bethesda, Maryland 20817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 756.63

---

**3.126** Nonpriority creditor's name and mailing address

W.R.I.T.

P.O. Box 79555
Baltimore, Maryland 21279

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landlord

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 87,689.62

---

| Debtor | ACP-Offenbachers, LLC t/a Offenbachers | Case number (if known) 16-24106 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Wells Fargo Financial Leasing

P.O. Box 10306

Des Moines, Iowa 50306

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 722.00

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

Wendy Westbrook

3031 Cypress Trails Drive

Polk City, Florida 33868

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 227.50

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

Windham Enterprises

2625 Piedmont Road, NE, Suite 56-145

Atlanta, Georgia 30324

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,108.80

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

Winkal Management LLC

10 Rye Ridge Plaza, Suite 200

Rye Brook, New York 10573

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 61,122.76

Basis for the claim: landlord

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

Winston Furniture

5514 Paysphere Circle

Chicago, Illinois 60674

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,356.38

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor  ACP-Offenbachers, LLC t/a Offenbachers      Case number (if known) 16-24106
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132** Nonpriority creditor's name and mailing address

Womble Caryle Sandrid

P.O. Box 601879

Charlotte, North Carolina 28260

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: legal fees

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,248.00

---

**3.133** Nonpriority creditor's name and mailing address

Woodard

P.O. Box 73014

Grand Prairie, Texas 75053

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 53,829.12

---

**3.134** Nonpriority creditor's name and mailing address

Worldwide Express – D.C.

P.O. Box 733360

Dallas, Texas 75373

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 593.35

---

**3.135** Nonpriority creditor's name and mailing address

WPGC – FM

P.O. Box 32095

New York, New York 10087

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: utilities

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,625.00

---

**3.136** Nonpriority creditor's name and mailing address

WSSC

14501 Sweitzer Lane

Laurel, Maryland` 20707

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: utilities

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 180.00

---

Debtor    ACP-Offenbachers, LLC fka Offenbachers    Case number (if known) 16-24106
              Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

Case 16-24106    Doc 72    Filed 11/22/16    Page 42 of 48

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 3,099,801.77 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,099,801.77 |

**Fill in this information to identify the case:**

Debtor name ___ACP-Offenbachers, LLC t/a Offenbachers___

United States Bankruptcy Court for the: ___Maryland___

Case number (If known): ___16-24106___          Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | See Attachment |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Schedule G - Attachment

| Counterparty | Business Purpose | Address | Contract Expiration Date | Contract Automatic Renewal | Contract Renewal Terms |
|---|---|---|---|---|---|
| Lepercq Corporate Income Fund LP | Retail Store Lease; Premises: 6475 Dobbin Road, Columbia, MD 21045 | c/o Dobbin Center Investor 1945 Old Gallows Rd. Suite 300 Vienna, VA 22182 | 4/30/2018 | Yes | One (1) Five-Year Option |
| Scotts Corner Limited Partnership II, LLLP | Retail Store Lease; Premises: 10265 York Road Hunt Valley, MD 21030 | c/o MacKenzie Commercial Real Estate 2328 W. Joppa Road, Suite 200, Lutherville, MD 21093 | 10/1/2020 | Yes | One (1) Five-Year Option |
| Washington Real Estate Investment Trust | Retail Store Lease; Premises: 5500 Randolph Road Rockville, MD 20852 | c/o W.R.I.T. 6110 Executive Blvd. Suite 800 Rockville, MD 20852 | 1/31/2017 | None | None |
| Aerospace Investors LLC | Office/Warehouse Lease; Premises: 10,001 Aerospace Road Lanham, MD | 7200 Wisconsin Ave Suite 700 Bethesda, MD 20814 | 3/31/2018 | Yes | Two (2) Five-Year Options |
| Fairfax Court Limited Partnership | Retail Store Lease; Premises: 11264 James Swart Circle Fairfax, VA 22030 | 4390 Paysphere Circle Chicago, IL 60674 | 3/31/2020 | Yes | One (1) Five-Year Option |
| CPI Fredericksburg, LLC/Chancellor Center, LLC | Retail Store Lease; Premises: 4175 Plank Road Fredericksburg, VA 22407 | c/o Chancellor Center, LLC 8108 East Boulevard Drive Alexandria, VA 22308 | 3/31/2018 | Yes | Four (4) Five-Year renewal Options |

<u>Schedule G - Attachment</u>

| Counterparty | Business Purpose | Address | Contract Expiration Date | Contract Automatic Renewal | Contract Renewal Terms |
|---|---|---|---|---|---|
| Washington Real Estate Investment Trust | Retail Store Lease; Premises: 6123-A Backlick Rd. Springfield, VA 22150 | c/o W.R.I.T. 6110 Executive Blvd. Suite 800 Rockville, MD 20852 | Month-to-month | None | Month-to-month |
| Potomac Run, LLC | Retail Store Lease; Premises: 46301 Potomac Run Unit 150 Sterling, VA 20164 | 170 West Ridgely Road, Suite 210 Lutherville, MD | 7/31/2020 | Yes | Two (2) Five-Year Options |
| Winkal Holdings, LLC | Retail Store Lease; Premises: 6600 Arlington Blvd. Falls Church, VA 22042 | c/o Winkal Management LLC 10 Rye Ridge Plaza Suite 200 Rye Brook, NY 10573 | Oct. 2026 | Yes | Two (2) Five-Year Options |

**Fill in this information to identify the case:**

Debtor name ___ACP-Offenbachers, LLC t/a Offenbachers___

United States Bankruptcy Court for the: ___Maryland___

Case number (If known): ___16-24106___

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Antson Capital Partners, LLC | 509 S. Exeter Street, Suite 320 <br> Street <br><br> Baltimore      Maryland      21202 <br> City      State      ZIP Code | M&T Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Anthony Rodgers | 11 S. Eutaw Street, Apt. 1618 <br> Street <br><br> Baltimore      Maryland      21201 <br> City      State      ZIP Code | M&T Bank and <br> Nantucket Enterprises, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 Jason P. Pappas | 2604 Moorings Court <br> Street <br><br> Baltimore      Maryland      21224 <br> City      State      ZIP Code | M&T Bank and <br> Nantucket Enterprises, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 ___ | ___ <br> Street <br><br> ___ <br> City      State      ZIP Code | ___ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 ___ | ___ <br> Street <br><br> ___ <br> City      State      ZIP Code | ___ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 ___ | ___ <br> Street <br><br> ___ <br> City      State      ZIP Code | ___ | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ACP-Offenbachers, LLC t/a Offenbachers</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Maryland</strong></td></tr>
<tr><td>Case number (If known):</td><td><strong>16-24106</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                      12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ **3,482,487.79**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. $ **3,482,487.79**

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................ **$3,489,426.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................... $ **0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................ + $ **3,099,801.77**

4. **Total liabilities**...................................................................................................... $ **6,589,227.77**
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___ACP-Offenbachers, LLC t/a Offenbachers_____

United States Bankruptcy Court for the: _____Maryland_____

Case number (*If known*): ___16-24106_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/22/2016___              ✘ ___/s/ Jason Pappas_____
        MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                ___Jason Pappas_____
                                Printed name

                                ___Chief Executive Officer_____
                                Position or relationship to debtor